Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON &BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

**Jia J. Feng** (*pro hac vice* anticipated)
jia@protealegal.com
**PROTEA LEGAL COMPANY**
3583 NE Broadway Street
Portland, OR 97232
Telephone: (971) 808-2448

**Joseph Mohr** (*pro hac vice* anticipated)
joey@mohriplaw.com
**MOHR IP LAW SOLUTIONS, P.C.**
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone: (503) 336-1214
Facsimile: (866) 897-5414

Attorneys for Defendant,
ALYA SKIN PTY. LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALYA SKIN PTY. LTD., an Australian Private Company,<br><br>Defendant. | Case No. 4:19-CV-00679 HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALYA SKIN PTY. LTD. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, it is hereby Stipulated, and the undersigned certify, that Counsel for Plaintiff AYLA LLC ("AYLA") and Counsel for Defendant ALYA SKIN PTY. LTD. ("ALYA SKIN") have conferred regarding this Joint Stipulation for an extension of time. Plaintiff AYLA and Defendant ALYA SKIN jointly request this Court to issue an Order extending ALYA SKIN'S time to answer, or otherwise respond to AYLA's Complaint forty-five (45) days from the date of service which was March 15, 2019.

The Complaint was filed in this case on February 6, 2019. ALYA SKIN was served in Australia on March 15, 2019. The current deadline for ALYA SKIN to respond to the Complaint is April 5, 2019. The requested extension to answer or otherwise respond to the Complaint sets a new deadline of April 29, 2019.

The reason for this extension request is to allow ALYA SKIN sufficient time to complete its investigation into AYLA's allegations, to retain California counsel and to prepare its response to the Complaint. The parties are also engaged in meaningful settlement discussions. This request is not made for purposes of delay but in the interest of judicial economy.

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: April 5, 2019   By: */s/ Lynda J. Zadra-Symes*
Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

Dated: April 5, 2019   By: */s/ Jia J. Feng*
**Jia J. Feng** (*pro hac vice* anticipated)
jia@protealegal.com
**PROTEA LEGAL COMPANY**
3583 NE Broadway Street
Portland, OR 97232
Telephone: (971) 808-2448

**Joseph Mohr** (*pro hac vice* anticipated)
joey@mohriplaw.com
**MOHR IP LAW SOLUTIONS, P.C.**
522 SW 5th Ave., Suite 1390
Portland, OR 97204
Telephone: (503) 336-1214
Facsimile: (866) 897-5414

Attorneys for Defendant,
ALYA SKIN PTY. LTD.

# ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this Stipulation and [Proposed] Order to the **JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALYA SKIN PTY. LTD. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** from Jia J. Feng, Counsel for Defendant Dominion ALYA SKIN PTY. LTD., the signatory to this document.

Dated: April 5, 2019     By: */s/ Lynda J. Zadra-Symes*
　　　　　　　　　　　　　　Lynda J. Zadra-Symes (Bar No. 156511)
　　　　　　　　　　　　　　lynda.zadrasymes@knobbe.com
　　　　　　　　　　　　　　Jacob R. Rosenbaum (Bar No. 313190)
　　　　　　　　　　　　　　jacob.rosenbaum@knobbe.com
　　　　　　　　　　　　　　**KNOBBE, MARTENS, OLSON & BEAR, LLP**
　　　　　　　　　　　　　　2040 Main Street, 14th Floor
　　　　　　　　　　　　　　Irvine, CA  92614
　　　　　　　　　　　　　　Telephone:  (949) 760-0404
　　　　　　　　　　　　　　Facsimile:  (949) 760-9502

　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　AYLA, LLC

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 4/8/2019     By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD. S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE