Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON &BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

Jihee Ahn (Bar No. 292659)
jihee@harrisbricken.com
**HARRIS BRICKEN**
511 SE Avenue, Suite 201
Portland, OR 97214
Telephone: (503) 207-7313
Facsimile: (206) 224-5659

Jia J. Feng (*pro hac vice* anticipated)
jia@protealegal.com
**PROTEA LEGAL COMPANY**
3583 NE Broadway Street
Portland, OR 97232
Telephone: (971) 808-2448

Attorneys for Defendant,
ALYA SKIN PTY. LTD

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALYA SKIN PTY. LTD., an Australian Private Company,<br><br>Defendant. | Case No. 4:19-CV-00679 HSG<br><br>**JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALYA SKIN PTY. LTD. TO ANSWER THE COMPLAINT AND FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: May 14, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

Pursuant to Civil Local Rules 6-1(b) 6-2 and 7-12, it is hereby stipulated, by and between Plaintiff AYLA LLC ("Ayla") and Defendant ALYA SKIN PTY. LTD. ("Alya Skin"), through their counsel of record and subject to the approval of this Court, that the date for Defendant Alya Skin to answer, or otherwise respond to Ayla's Complaint be extended fourteen (14) days, up to and including Monday, May 13, 2019.

The Complaint was filed in this case on February 6, 2019. Alya Skin was served in Australia on March 15, 2019. The current deadline for Alya Skin to respond to the Complaint is April 29, 2019. This is the second request for an extension of time to answer or otherwise respond to the Complaint.

The parties certify that they have been engaged in ongoing and meaningful settlement discussions working to resolve the issues and would like additional time to collect documents and review and prepare proposals in hopes of leading to settlement.

FURTHER, in view of the parties' request for an extension of time to answer the Complaint, the parties request, pursuant to Civil Local Rule 6-1(b) and Judge Gilliam's Order [Dkt. 17], that the Case Management Conference set for Tuesday, May 14, 2019 at 2:00 p.m. and the Case Management Statement currently due May 7, 2019 be continued to a date after any pending pleadings in this matter are filed.

This request for additional time is made by the parties to promote settlement discussions, facilitate settlement prospects and this request is made in the interest of judicial economy.

/ / /

/ / /

/ / /

STIPULATION FOR EXTENSION TO ANSWER  -1-  Case No. 4:19-cv-00679 HSG
THE COMPLAINT AND REQUEST FOR
CONTINUANCE OF SCHEDULING CONFERENCE

**SO STIPULATED:**

Respectfully submitted,

Dated: April 29, 2019     By: /s/ Lynda J. Zadra-Symes
Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

Dated: April 29, 2019     By: /s/ Jihee Ahn
Jihee Ahn (Bar No. 292659)
jihee@harrisbricken.com
**HARRIS BRICKEN**
511 SE Avenue, Suite 201
Portland, OR 97214
Telephone: (503) 207-7313
Facsimile: (206) 224-5659

*Of Counsel:*
**Jia J. Feng** (*pro hac vice* anticipated)
jia@protealegal.com
**PROTEA LEGAL COMPANY**
3583 NE Broadway Street
Portland, OR 97232
Telephone: (971) 808-2448

Attorneys for Defendant,
ALYA SKIN PTY. LTD.

| | |
|---|---|
| *1* | **ECF CERTIFICATION** |
| *2* | Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has |
| *3* | obtained concurrence regarding the filing of this **JOINT STIPULATION AND** |
| *4* | **[PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR** |
| *5* | **DEFENDANT ALYA SKIN PTY. LTD. TO ANSWER THE COMPLAINT** |
| *6* | **AND FOR CONTINUANCE OF THE CASE MANAGEMENT** |
| *7* | **CONFERENCE** from Jihee Ahn, Counsel for Defendant ALYA SKIN PTY. |
| *8* | LTD., the signatory to this document. |

Dated: April 30, 2019      By: */s/ Lynda J. Zadra-Symes*
　　　　　　　　　　　　　　　Lynda J. Zadra-Symes (Bar No. 156511)
　　　　　　　　　　　　　　　lynda.zadrasymes@knobbe.com
　　　　　　　　　　　　　　　Jacob R. Rosenbaum (Bar No. 313190)
　　　　　　　　　　　　　　　jacob.rosenbaum@knobbe.com
　　　　　　　　　　　　　　　**KNOBBE, MARTENS, OLSON & BEAR, LLP**
　　　　　　　　　　　　　　　2040 Main Street, 14th Floor
　　　　　　　　　　　　　　　Irvine, CA  92614
　　　　　　　　　　　　　　　Telephone:  (949) 760-0404
　　　　　　　　　　　　　　　Facsimile:  (949) 760-9502

　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　AYLA, LLC

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED except the May 14th initial case management conference is continued June 4, 2019 at 2:00 p.m. Joint case management statement is due May 28th.

Dated: April 30, 2019     By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD. S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE