AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ **District of** __California__

Ayla, LLC

Plaintiff(s),

V.

Alya Skin Pty. Ltd.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-cv-00679

Notice is hereby given that, subject to approval by the court, __Alya Skin Pty. Ltd.__ substitutes
(Party (s) Name)

__David Grossman__, State Bar No. __211326__ as counsel of record in
(Name of New Attorney)

place of __Jihee Ahn (SBN 292659), Jia J. Feng and Joseph Mohr (pro hac vice)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Loeb & Loeb LLP
Address: 10100 Santa Monica Blvd., Suite 2200
Telephone: (310) 282-2000      Facsimile (310) 282-2200
E-Mail (Optional): dgrossman@loeb.com

I consent to the above substitution.
Date: 5/8/2019
(Signature of Party (s))

I consent to being substituted.
Date: 5/8/19
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/6/2019
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/10/2019
Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]