Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON &BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

David Grossman (Bar No. 211326)
dgrossman@loeb.com
Camron Dowlatshahi (Bar No. 308618)
cdowlatshahi@loeb.com
**LOEB & LOEB LLP**
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 2828-2200

Attorneys for Defendant,
ALYA SKIN PTY. LTD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALYA SKIN PTY. LTD., an Australian Private Company,<br><br>Defendant. | Case No. 4:19-CV-00679 HSG<br><br>**JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALYA SKIN PTY. LTD. TO ANSWER THE COMPLAINT AND FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: June 4, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

Pursuant to Civil Local Rules 6-1(b) 6-2 and 7-12, it is hereby stipulated, by and between Plaintiff AYLA LLC ("Ayla") and Defendant ALYA SKIN PTY. LTD. ("Alya Skin"), through their counsel of record and subject to the approval of this Court, that the date for Defendant Alya Skin to answer, or otherwise respond to Ayla's Complaint be extended fourteen (14) days, up to and including Tuesday, May 28, 2019.

The Complaint was filed in this case on February 6, 2019. Alya Skin was served in Australia on March 15, 2019. The current deadline for Alya Skin to respond to the Complaint is May 13, 2019. This is the third request for an extension of time to answer or otherwise respond to the Complaint.

On May 10, 2019, this Court granted Substitution of Attorney David Grossman, new Counsel for the Defendants. Counsel for the parties met and conferred and agreed additional time was needed to accommodate Defendant Alya Skin's new counsel time to review and participate in the ongoing settlement negotiations.

The parties continue to certify that they have been engaged in ongoing and meaningful settlement discussions working to resolve the issues and would like additional time to collect documents and review and prepare proposals in hopes of leading to settlement.

FURTHER, in view of the parties' request for an extension of time to answer the Complaint, the parties request, pursuant to Civil Local Rule 6-1(b) and Judge Gilliam's Order [Dkt. 17], that the Case Management Conference set for Tuesday, June 4, 2019 at 2:00 p.m. and the Case Management Statement currently due May 28, 2019 be continued to a date after any pending pleadings in this matter are filed.

This request for additional time is made by the parties to allow new counsel's participation, promote settlement discussions and facilitate settlement prospects. Therefore, the parties make this request in the interest of judicial economy.

///

**SO STIPULATED:**

Respectfully submitted,

Dated: May 10, 2019      By: */s/ Lynda J. Zadra-Symes*
Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

Dated: May 10, 2019      By: */s/ David Grossman*
David Grossman (Bar No. 211326)
dgrossman@loeb.com
Camron Dowlatshahi (Bar No. 308618)
cdowlatshahi@loeb.com
**LOEB & LOEB**
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 2828-2200

Attorneys for Defendant,
ALYA SKIN PTY. LTD

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this **JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALYA SKIN PTY. LTD. TO ANSWER THE COMPLAINT AND FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** from David Grossman, Counsel for Defendant ALYA SKIN PTY. LTD., the signatory to this document.

Dated: May 13, 2019      By: */s/ Lynda J. Zadra-Symes*
                             Lynda J. Zadra-Symes (Bar No. 156511)
                             lynda.zadrasymes@knobbe.com
                             Jacob R. Rosenbaum (Bar No. 313190)
                             jacob.rosenbaum@knobbe.com
                             **KNOBBE, MARTENS, OLSON & BEAR, LLP**
                             2040 Main Street, 14th Floor
                             Irvine, CA  92614
                             Telephone:  (949) 760-0404
                             Facsimile:  (949) 760-9502

                             Attorneys for Plaintiff,
                             AYLA, LLC

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED except the June 4, 2019 initial case management conference is continued to June 25, 2019 at 2:00 p.m. Joint case management statement is due June 18, 2019.

Dated: <u>May 13, 2019</u> By: _____
HON. HAYWOOD. S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE