Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON &BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

David Grossman (Bar No. 211326)
dgrossman@loeb.com
Camron Dowlatshahi (Bar No. 308618)
cdowlatshahi@loeb.com
**LOEB & LOEB LLP**
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 2828-2200

Attorneys for Defendant,
ALYA SKIN PTY. LTD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ALYA SKIN PTY. LTD., an Australian Private Company,<br><br>Defendant. | Case No. 4:19-CV-00679 HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF THE BRIEFING SCHEDULE FOR DEFENDANT ALYA SKIN PTY. LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Hearing Date: October 17, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Plaintiff Ayla, LLC ("Ayla" or "Plaintiff") and Defendant Alya Skin Pty. Ltd. ("Alya Skin" or "Defendant"), by and through their respective counsel of record hereby stipulate and agree, subject to the approval of the Court, that the date for Plaintiff Ayla to respond to Defendant Alya Skin's Motion to Dismiss for Lack of Personal Jurisdiction be extended by one week or seven (7) days to Friday, June 28, 2019 and the deadline to file any reply in support of Alya Skin's Motion be extended to Friday, July 12, 2019.

In the teleconference with the Court held on June 4, 2019, the Court set a date of June 7, 2019 for Defendant Alya Skin to respond to the Complaint [Dkt. 34]. Accordingly, Defendant Alya Skin filed its Motion to Dismiss the Complaint for Lack of Jurisdiction and related papers on June 7, 2019 [Dkt. 35]. The current deadline for Plaintiff Ayla to respond to this Motion is June 21, 2019.

On June 10, 2019, the parties agreed to a short extension of Plaintiff's deadline to respond to Defendant's Motion to accommodate travel schedules. This is the first request for an extension of time to respond to Defendant's Motion. Plaintiff Ayla has obtained express consent from Defendant to extend the deadline for Plaintiff to respond to Defendant's Motion to June 28, 2019. In addition, Plaintiff Ayla has agreed to extend Defendant's deadline to file any reply in support of its Motion to July 12, 2019.

Further, in the teleconference held on June 4, 2019, the Court mentioned rescheduling the Case Management Conference, which is currently set for June 25, 2019. The parties request that the Case Management Conference set for Tuesday, June 25, 2019 at 2:00 p.m. be continued to a date after all briefing on Defendants' Motion to Dismiss has been completed on July 12, 2019.

Pursuant to Civil Local Rule 6-1(b), the parties, respectfully request that the Court extend the time for Plaintiff to respond to Defendant's Motion to Dismiss to June 28, 2019 and for Defendant to file any reply in support of its Motion to July

12, 2019. Further, the parties request that the Court continue the Case Management Conference to a date after the parties' briefing on Defendant's Motion to Dismiss is complete on July 12, 2019.

**SO STIPULATED:**

Respectfully submitted,

Dated: June 14, 2019    By: */s/ Lynda J. Zadra-Symes*
Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Thomas Y. Yee (Bar No. 239114)
thomas.yee@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 849-3000
Facsimile: (212) 849-3001

Attorneys for Plaintiff,
AYLA, LLC

Dated: June 14, 2019    By: */s/ David Grossman*
David Grossman (Bar No. 211326)
dgrossman@loeb.com
Camron Dowlatshahi (Bar No. 308618)
cdowlatshahi@loeb.com
**LOEB & LOEB**
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 2828-2200

Attorneys for Defendant,
ALYA SKIN PTY. LTD

# ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this **JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF THE BRIEFING SCHEDULE FOR DEFENDANT ALYA SKIN PTY. LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** from David Grossman, Counsel for Defendant ALYA SKIN PTY. LTD., the signatory to this document.

Dated: June 14, 2019      By: */s/ Lynda J. Zadra-Symes*
Lynda J. Zadra-Symes (Bar No. 156511)
lynda.zadrasymes@knobbe.com
Jacob R. Rosenbaum (Bar No. 313190)
jacob.rosenbaum@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
AYLA, LLC

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

The case management conference previously set for June 25th is vacated.

DATED: 6/18/2019

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge