```
LOWENSTEIN & WEATHERWAX LLP
Bridget A. Smith (Bar No. 253548)
smith@lowensteinweatherwax.com
Nathan Nobu Lowenstein (Bar No. 241067)
lowenstein@lowensteinweatherwax.com
Patrick G. Maloney (Bar No. 287667)
maloney@lowensteinweatherwax.com
1880 Century Park East, Suite 815
Los Angeles, CA 90067-1627
Telephone: 310-307-4500
Facsimile: 310-307-4509
```

Attorneys for Plaintiff,
AYLA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> ALYA SKIN PTY. LTD., an Australian Private Company, <br><br> Defendant. | Case Number: 4:19-cv-00679 HSG <br> Hon. Haywood S Gilliam, Jr. <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF AYLA, LLC;** [PROPOSED] **ORDER** |

PLEASE TAKE NOTICE that Plaintiff AYLA, LLC has retained Lowenstein & Weatherwax LLP to substitute as counsel for Knobbe, Martens, Olson & Bear, LLP in the above-captioned matter.

Withdrawing counsel for Plaintiff AYLA, LLC are:

> Lynda J. Zadra-Symes
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA 92614
> Telephone: 949-760-0404
> Facsimile: 949-760-9502

|   |   |
|---|---|
| 1 | Jacob R. Rosenbaum |
| 2 | Knobbe, Martens, Olson & Bear, LLP |
|   | 2040 Main Street, 14th Floor |
|   | Irvine, CA 92614 |
| 3 | Phone: 949-760-0404 |
|   | Facsimile: 949-760-9502 |
| 4 | Email: jacob.rosenbaum@knobbe.com |

Jacob R. Rosenbaum
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: 949-760-0404
Facsimile: 949-760-9502
Email: jacob.rosenbaum@knobbe.com

Nicole A. Townes
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: 949-760-0404
Facsimile: 949-760-9502
Email: nicole.townes@knobbe.com

Thomas Y. Yee
Knobbe, Martens, Olson & Bear, LLP
1133 Avenue of the Americas
New York, NY 10036
Phone: 212-849-3000
Facsimile: 212-849-3001
Email: thomas.yee@knobbe.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Plaintiff AYLA, LLC:

Bridget A. Smith
Lowenstein & Weatherwax LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067-1627
Phone: 310-307-4500
Facsimile: 310-307-4509
Email: smith@lowensteinweatherwax.com

Nathan Nobu Lowenstein
Lowenstein & Weatherwax LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067-1627
Phone: 310-307-4500
Facsimile: 310-307-4509
Email: lowenstein@lowensteinweatherwax.com

Patrick G. Maloney
Lowenstein & Weatherwax LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067-1627
Phone: 310-307-4500
Facsimile: 310-307-4509
Email: maloney@lowensteinweatherwax.com

1     The undersigned parties consent to the above withdrawal and substitution of counsel.

2   DATED: September 20, 2021         AYLA, LLC

3                                     By: _____
                                        DARA KENNEDY, Chief Executive Officer

4

5   DATED: September 20, 2021         KNOBBE, MARTENS, OLSON & BEAR, LLP

6                                     By: _____
                                        LYNDA J. ZADRA-SYMES

7

8   DATED: September 20, 2021         LOWENSTEIN & WEATHERWAX LLP

9                                     By: _____/s/_____
                                        BRIDGET A. SMITH

10

11

12

13     The above withdrawal and substitution of counsel is approved and so ORDERED.

14

15   DATED: ____10/26/2021_____                  
                                        JUDGE OF THE UNITED STATES

16                                           DISTRICT COURT