| | |
|---|---|
| LOWENSTEIN & WEATHERWAX LLP | MILLS SADAT DOWLAT LLP |
| Bridget A. Smith (Bar No. 253548) | Arash Sadat (SBN 279282) |
| smith@lowensteinweatherwax.com | arash@msdlawllp.com |
| Nathan Nobu Lowenstein (Bar No. 241067) | Camron Dowlatshahi (SBN 308618) |
| lowenstein@lowensteinweatherwax.com | camron@msdlawllp.com |
| Patrick G. Maloney (Bar No. 287667) | |
| maloney@lowensteinweatherwax.com | |
| 1880 Century Park East, Suite 815 | 333 South Hope Street, 40th Fl. |
| Los Angeles, CA 90067-1627 | Los Angeles, CA 90071 |
| Telephone: 310-307-4500 | Telephone: (213) 628-3856 |
| Facsimile: 310-307-4509 | Facsimile: (213) 228-3799 |
| Attorneys for Plaintiff, | Attorneys for Defendant |
| AYLA, LLC | Alya Skin Pty. Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company, | Case Number: 4:19-cv-00679 HSG |
| Plaintiff, | Hon. Haywood S Gilliam, Jr. |
| vs. | **JOINT REQUEST AND ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE (as modified)** |
| ALYA SKIN PTY. LTD., an Australian Private Company, | Conference Date: November 9, 2021 |
| Defendant. | Time: 2:00 p.m. |

The parties to the above-entitled action jointly request, pursuant to Civil Local Rule 6-1(b) and Judge Gilliam's Order [Dkt. 61], that the Case Management Conference set for Tuesday, November 9, 2021 at 2:00 p.m. be continued by 28 days.

This request for additional time is made by the parties to give the parties sufficient time to hold the Rule 26(f) conference and exchange initial disclosures prior to the conference. Additionally, this request is made by the parties to promote settlement discussions, facilitate settlement prospects and this request is made in the interest of judicial economy.

/ / /

/ / /

/ / /

**SO REQUESTED:**

                                          Respectfully Submitted,

DATED: October 29, 2021         LOWENSTEIN & WEATHERWAX LLP

                                        By:   /s/ *Bridget A. Smith*

                                                BRIDGET A. SMITH

                                                Counsel for plaintiff

DATED: October 29, 2021         MILLS SADAT DOWLAT LLP

                                        By:   /s/*Camron Dowlatshahi*

                                                CAMRON DOWLATSHAHI

                                                Counsel for defendant

## ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this JOINT REQUEST AND [PROPOSED] ORDER FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE from Camron Dowlatshahi, Counsel for Defendant ALYA SKIN PTY. LTD., the signatory to this document.

DATED: October 29, 2021                LOWENSTEIN & WEATHERWAX LLP

By:  _____/s/ *Bridget A. Smith*_____
BRIDGET A. SMITH
Counsel for plaintiff

**ORDER**

PURSUANT TO THE PARTIES' REQUEST, IT IS SO ORDERED that case management conference is continued by 28 days to December 7, 2021 at 2:00 p.m.

Dated: 11/1/2021

By: *Haywood S. Gilliam Jr.*

HON. HAYWOOD. S. GILLIAM, JR.

UNITED STATES DISTRICT JUDGE