| | |
|---|---|
| LOWENSTEIN & WEATHERWAX LLP<br>Bridget A. Smith (Bar No. 253548)<br>smith@lowensteinweatherwax.com<br>Nathan Nobu Lowenstein (Bar No. 241067)<br>lowenstein@lowensteinweatherwax.com<br>Patrick G. Maloney (Bar No. 287667)<br>maloney@lowensteinweatherwax.com<br>1880 Century Park East, Suite 815<br>Los Angeles, CA 90067-1627<br>Telephone: 310-307-4500<br>Facsimile: 310-307-4509<br><br>Attorneys for Plaintiff,<br>AYLA, LLC | MILLS SADAT DOWLAT LLP<br>Arash Sadat (SBN 279282)<br>arash@msdlawllp.com<br>Camron Dowlatshahi (SBN 308618)<br>camron@msdlawllp.com<br><br>333 South Hope Street, 40th Fl.<br>Los Angeles, CA 90071<br>Telephone: (213) 628-3856<br>Facsimile: (213) 228-3799<br><br>Attorneys for Defendant<br>Alya Skin Pty. Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALYA SKIN PTY. LTD., an Australian Private Company,<br><br>　　　　Defendant. | Case Number: 4:19-cv-00679 HSG<br>Hon. Haywood S Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF AYLA, LLC AND DEFENDANT ALYA SKIN PTY. TO FILE CASE MANAGEMENT STATEMENT**<br><br>Conference Date: December 7, 2021<br>Time: 2:00 p.m. |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12 and Judge Gilliam's Order [Dkt. 61], it is hereby stipulated, by and between Plaintiff AYLA LLC ("Ayla") and Defendant ALYA SKIN PTY. LTD. ("Alya Skin"), through their counsel of record and subject to the approval of this Court, that the date for Ayla and Alya Skin to file the Case Management Statement be extended twenty-eight (28) days, up to and including Tuesday, November 30, 2021.

This request for additional time is made by the parties to give the parties sufficient time to hold the Rule 26(f) conference and exchange initial disclosures prior to the conference. Additionally, this request is made by the parties to promote settlement discussions, facilitate settlement prospects and this request is made in the interest of judicial economy.

/ / /

/ / /

**SO STIPULATED:**

                                                          Respectfully Submitted,

DATED: November 2, 2021         LOWENSTEIN & WEATHERWAX LLP

                                         By: _/s/ *Bridget A. Smith*_

                                                 BRIDGET A. SMITH

                                                 Counsel for plaintiff

DATED: November 2, 2021         MILLS SADAT DOWLAT LLP

                                                 By: _/s/*Camron Dowlatshahi*_

                                                 CAMRON DOWLATSHAHI

                                               Counsel for defendant

# ECF CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this JOINT STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF AYLA, LLC AND DEFENDANT ALYA SKIN PTY. TO FILE CASE MANAGEMENT STATEMENT from Camron Dowlatshahi, Counsel for Defendant ALYA SKIN PTY. LTD., the signatory to this document.

DATED: November 2, 2021                LOWENSTEIN & WEATHERWAX LLP

By:        /s/ *Bridget A. Smith*      
              BRIDGET A. SMITH
              Counsel for plaintiff

1 **ORDER**

2 PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED

3 Dated: 11/2/2021    By: /s/ Haywood S. Gilliam, Jr.

4     HON. HAYWOOD. S. GILLIAM, JR.

5     UNITED STATES DISTRICT JUDGE