Mark Punzalan (CA Bar No. 247599)
Email: mark@chanpunzalan.com
Shinhong Byun (CA Bar No. 264129)
Email: shinhong@chanpunzalan.com
Ashley Ayad (CA Bar No. 328727)
Email: ashley@chanpunzalan.com
Lawrence Ng (CA Bar No. 328082)
Email: lawrence@chanpunzalan.com
CHAN PUNZALAN LLP
22 Battery Street, Suite 401
San Francisco, CA 94111
Telephone: 650.362.4150

*Counsel for Plaintiff Ayla, LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLA, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br>     vs.<br><br>AYLA SKIN PTY. LTD., an Australian Private Company,<br><br>          Defendants. | Case No. 4:19-cv-00679<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF AYLA, LLC.; ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that that Chan Punzalan LLP is withdrawing as counsel in the above-captioned matter.[1] Withdrawing counsel for Plaintiff Ayla, LLC are:

>Mark Punzalan (CA Bar No. 247599)
>Shinhong Byun (CA Bar No. 264129)
>Ashley Ayad (CA Bar No. 328727)
>Lawrence Ng (CA Bar No. 328082)
>CHAN PUNZALAN LLP
>22 Battery Street, Suite 401
>San Francisco, CA 94111
>Telephone: 650.362.4150
>Email: mark@chanpunzalan.com
>Email: shinhong@chanpunzalan.com
>Email: ashley@chanpunzalan.com
>Email: lawrence@chanpunzalan.com

Nathan Lowenstein of Lowenstein & Weatherwax LLP will remain as counsel of record and attorneys from the law firm of Snell & Wilmer LLP are in the process of filing motions to appear *pro hac vice* (*see, e.g.*, Document Number 86) on behalf of Ayla, LLC. All Pleadings, Orders, and Notices should henceforth be served upon Ayla's remaining counsel of record.

The undersigned parties consent to the above withdrawal of counsel.

Dated: February 4, 2022                     Respectfully submitted,

                                            _____
                                            AYLA, LLC., CEO

Dated: February 4, 2022                     Respectfully submitted,

                                            _____
                                            CHAN PUNZALAN LLP

---

[1] Due to an unfortunate miscommunication, an earlier version of this notice was filed without notifying Mr. Lowenstein or obtaining his consent. That regrettable error has since been rectified.

1

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF AYLA, LLC.; ORDER**
Case No. 4:19-cv-00679

                                                                                               _____
CHAN PUNZALAN LLP

                                                                                               _____
CHAN PUNZALAN LLP

                                                                                               _____
CHAN PUNZALAN LLP

Dated: February 4, 2022                                    Respectfully submitted,

                                                                                              _____
LOWENSTEIN & WEATHERWAX LLP

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained concurrence in the filing of this document from each side of the other signatories on this e-filed document.

Dated: February 4, 2022                                    Respectfully submitted,

                                                                         _____
CHAN PUNZALAN LLP

## ORDER

The above withdrawal of counsel is approved and so ORDERED.

Dated: 2/7/2022

                                                                      _____
JUDGE OF THE UNITED STATES DISTRICT COURT