```
LOWENSTEIN & WEATHERWAX LLP
Nathan Nobu Lowenstein (Bar No. 241067)
lowenstein@lowensteinweatherwax.com
Patrick G. Maloney (Bar No. 287667)
maloney@lowensteinweatherwax.com
1880 Century Park East, Suite 815
Los Angeles, CA 90067-1627
Telephone: 310-307-4500
Facsimile: 310-307-4509

Attorneys for Plaintiff,
AYLA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> ALYA SKIN PTY. LTD., an Australian Private Company, <br><br> Defendant. | Case Number: 4:19-cv-00679 HSG <br> Hon. Haywood S Gilliam, Jr. <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF AYLA, LLC; ORDER** |

PLEASE TAKE NOTICE that Bridget Smith, formerly of Lowenstein & Weatherwax LLP, and Patrick Maloney, currently of Lowenstein & Weatherwax LLP, are withdrawing as counsel in the above-captioned matter.

Withdrawing counsel for Plaintiff AYLA, LLC is:

> Bridget A. Smith
> Formerly of Lowenstein & Weatherwax LLP
> 1880 Century Park East, Suite 815
> Los Angeles, CA 90067-1627
> Phone: 310-307-4500
> Facsimile: 310-307-4509
> Email: smith@lowensteinweatherwax.com

|   |   |
|---|---|
| 1 | Patrick G. Maloney |
| 2 | Lowenstein & Weatherwax LLP |
|   | 1880 Century Park East, Suite 815 |
| 3 | Los Angeles, CA 90067-1627 |
|   | Phone: 310-307-4500 |
| 4 | Facsimile: 310-307-4509 |
|   | Email: maloney@lowensteinweatherwax.com |

Nathan Lowenstein of Lowenstein & Weatherwax LLP and John Dabney and Mary Hallerman of Snell & Wilmer LLP will remain as counsel of record. All Pleadings, Orders, and Notices should henceforth be served upon Ayla's remaining counsel of record.

1  The undersigned parties consent to the above withdrawal of counsel.

2

3

4  DATED: March 9, 2022                    LOWENSTEIN & WEATHERWAX LLP

5

6                                          By: _____
                                                 NATHAN N. LOWENSTEIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The above withdrawal of counsel is approved and so ORDERED.

DATED: 3/10/2022

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT