| | |
|---|---|
| 1 | MILLS SADAT DOWLAT LLP |
|   | Arash Sadat (SBN 279282) |
| 2 | Camron Dowlatshahi (SBN 308618) |
|   | 333 South Hope Street, 40th Floor |
| 3 | Los Angeles, CA 90071 |
|   | Tel.:   (213) 628-3856 |
| 4 | Email: arash@msdlawllp.com |
|   | Email: camron@msdlawllp.com |
| 5 | |
|   | LOEB & LOEB LLP |
| 6 | David Grossman (SBN 211326) |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 7 | Los Angeles, CA 90067 |
|   | Tel:   (310) 282-2000 |
| 8 | Email: dgrossman@loeb.com |
| 9 | Attorneys for Defendant |
|   | Alya Skin Pty. Ltd. |
| 10 | |
|    | SNELL & WILMER L.L.P. |
| 11 | John J. Dabney (Pro Hac Vice) |
|    | jdabney@swlaw.com |
| 12 | Mary D. Hallerman (Pro Hac Vice) |
| 13 | mhallerman@swlaw.com |
|    | 2001 K Street, N.W. Suite 425 North |
| 14 | Washington, DC 20006 |
|    | Telephone: 202.908.4261 |
| 15 | Facsimile: 202.925.5956 |
| 16 | |
|    | Attorneys for Plaintiff Ayla, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company, | Case Number: 4:19-cv-00679 HSG |
| | Hon. Haywood S Gilliam, Jr. |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER REQUESTING REMOVAL FROM COURT-SPONSORED MEDIATION AND REFERRAL TO PRIVATE MEDIATION** |
| ALYA SKIN PTY. LTD., an Australian Private Company | |
| Defendant. | Current Deadline: May 2, 2022 |
| | Proposed Deadline: June 28, 2022 |

1   It is hereby stipulated, by and between Plaintiff AYLA LLC ("Ayla") and Defendant ALYA SKIN PTY. LTD. ("Alya Skin"), through their counsel of record and subject to the approval of this Court, that this matter be removed from court-sponsored mediation, pursuant to Local ADR Rule 7-1, and instead referred to private mediation.

The parties have engaged Hon. Margaret Nagle (Ret.) to mediate the parties' dispute on June 27, 2022.  The parties agree that Hon. Nagle provides the parties the best opportunity to resolve their dispute.

Dated: April 29, 2022               MILLS SADAT DOWLAT LLP


                                    By:  */s/ Camron Dowlatshahi*
                                    Camron Dowlatshahi
                                    Attorneys for Defendant Alya Skin Pty. Ltd.

Dated: April 29, 2022               SNELL & WILMER LLP


                                    By:  */s/ John J. Dabney*
                                    John J. Dabney
                                    Attorneys for Plaintiff Ayla, LLC

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 4/29/2022     By: *Haywood S. Gilliam Jr.*

HON. HAYWOOD. S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE