UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYLA, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALYA SKIN PTY. LTD, an Australian private company;<br>AND<br>MACEK CONSULTING LLC, an Idaho limited liability company;<br>JASON MACEK, an individual, both of which do business as DOLLAR FULFILLMENT,<br><br>　　　　　Defendants. | Case No. 4:19-cv-00679 HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**Consent Order** |

The Court, having considered the Stipulation for Consent Order between plaintiff Ayla, LLC and defendants Alya Skin Pty. Ltd., and defendants Macek Consulting LLC and Jason Macek, both doing business as Dollar Fulfillment, (collectively, "Defendants"), and good cause appearing, hereby **ORDERS** as follows:

1. The stipulation is GRANTED; and

2. Defendants, their officers, agents, servants, employees, and all persons acting in concert with or under control of any of them (regardless of whether located in the United States or abroad) who receive actual notice of this Order are permanently enjoined and restrained from using, displaying, advertising, selling, distributing, or promoting (or authorizing or procuring any persons to do so) products or services bearing the mark or name ALYA in the United States, alone or in combination with any other term(s), word(s), or designation(s), including without limitation ALYA SKIN, alyaskin.com, and all confusingly similar names or marks to Plaintiff's mark AYLA. The foregoing prohibits Defendants from purchasing AYLA as a key word, Ad word or search term from Google or another search engine to influence search results of consumers in the United States.

**It is so Ordered.**

Dated: 10/20/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge