UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AYLA, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>ALYA SKIN PTY. LTD., an Australian Private Company, *et al*.<br><br>    Defendants. | Case No. 4:19-cv-00679 HSG<br><br>Hon. Haywood S Gilliam, Jr.<br><br>**DISMISSAL ORDER** |

Pursuant to the Stipulation for Voluntary Dismissal, it is hereby ordered:

1. This action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with all parties bearing their own attorney's fees and costs.

2. This Court shall retain jurisdiction to enforce the terms of the Consent Order [Dkt. No. 132] and the Confidential Settlement Agreement.

DATED: November 22, 2022

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER RE: DISMISSAL 4:19-CV-00679 HSG